# Exhibit A

STIFEL

# Aegean Marine Petroleum Network Inc.

ANW – NYSE

February 23, 2018

Maritime

HOLD

COMPANY UPDATE

| Financial Summary | | |
|---|---|---|
| **Changes** | **Previous** | **Current** |
| Rating | Buy | Hold |
| Target Price | $8.00 | $2.50 |
| FY17E EPS (net) | $0.00 | $(0.37) |
| FY18E EPS (net) | $0.62 | $0.38 |

| | |
|---|---|
| Price ( 02/22/18 ): | $2.55 |
| 52-Week Range: | $13 - $2 |
| Market Cap.(mm): | 97.7 |
| Shr.O/S-Diluted (mm): | 38.3 |
| Enterprise Val. (mm): | $892.8 |
| Avg Daily Vol (3 Mo): | 362,661 |
| Dividend / Yield: | $0.08 / 3.1% |
| Book Value/Share: | $15.64 |
| Cash (mm): | $81 |
| Debt (mm): | $876 |

| EPS (net) | 2016A | 2017E | 2018E |
|---|---|---|---|
| Q1 | $0.24 | $0.03A | $0.08 |
| Q2 | $0.32 | $0.04A | $0.05 |
| Q3 | $0.36 | $(0.10)A | $0.09 |
| Q4 | $0.41 | $(0.36) | $0.16 |
| FY (Dec) | $1.31A | $(0.37) | $0.38 |
| P/E | 1.9x | NM | 6.7x |

| EBITDA | 2016A | 2017E | 2018E |
|---|---|---|---|
| Q1 | $27.2 | $21.8A | $19.4 |
| Q2 | $40.1 | $23.9A | $22.9 |
| Q3 | $38.2 | $14.8A | $24.5 |
| Q4 | $32.3 | $5.3 | $27.1 |
| EBITDA | $137.8A | $65.8 | $93.9 |
| EV/EBITDA | 6.5x | 13.6x | 9.5x |

Price Performance




## Indefensible Acquisition Further Breaching Trust: Downgrading to Hold

### Summary

In our experience of covering shipping we have seen our share of questionable deals, but this one takes the cake, in our view, and there is not a close second. We see so many violations of shareholder trust in Aegean's decision to buy Hellenic Environmental Centers (HEC) it is hard to even fathom how any transaction could possibly be worse. This one checks all the boxes: a) they are issuing equity at the worst possible time, b) they are issuing that equity to the one person in the world the company should most avoid dealing with, c) they would be paying at least 300% more than even a conservative fair value, and the list could go on. While we were hopeful Aegean was making strides to improve capital structure, corporate governance, and return on capital, that is clearly not the case and we can no longer recommend buying.

### Key Points

- **What they are buying.** HEC is a small company that cleans and processes marine waste for shipping and offshore companies. They operate in three regions Greece, Gibraltar, and Germany (also Aegean hubs) using a collection of sea and land-based assets. We do believe there could be some synergies and enhanced growth for HEC in Aegean's footprint.
- **How much they are paying.** Aegean is paying $367 million in a combination of assumption of debt ($38 million), $200 million of assignment of receivables which for some reason are not eligible on the borrowing base..., 20 million ANW shares at $4.45, and $40 million of seller notes. By the way, Mr. Melissanidis originally sold his original 11.3 million shares at $8.81.
- **"New Math..."** Aegean said the addition should add $35-$40 million in EBITDA for a 9.2x-10.5x acquisition multiple. Oh but, that assumes 2018 EBITDA more than doubles, including acquisitions to be made and not in the purchase price. The real multiple is on the $15.5 2017 EBITDA or 24x, yes 24x times. For reference, these small businesses are typically valued between 4-8x trailing EBITDA. So more than likely there is not another buyer in the market for HEC that would pay more than $125 million.
- **Mind your own business you ignorant shareholders.** By giving the founder 20 million shares, we believe it enables the company to appoint "friendly" board members who would not rock the boat and allow shady related party transactions to continue at expense of public shareholders. Also, selling shares at near all-time lows and taking on debt and capital commitments to buy an asset at 3x fair value is also not typically well received.
- **Update on 4Q.** The company pre-released earnings which had a number of one time items, which if backed out would have resulted in a loss per share of $0.07, not good but not unexpected. Some of the negative impact related to timing and should be reversed in 1Q18.
- **Downgrading.** This acquisition is cronyism in our view and likely the markets, given shares have lost nearly half their value in the last two days. We hold out hope that shareholders are able to block the deal and replace the board which is the only scenario in which we could ever potentially become comfortable recommending adding to positions despite a good core of assets which are incredibly undervalued, in our view. Therefore we are downgrading to Hold and hoping for drastic change.

**Benjamin J. Nolan**, CFA | (312) 564-8703 | nolanb@stifel.com
**Frank Galanti III**, CFA | (312) 564-8710 | galantif@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 4 - 6 of this report.**

***Investment Thesis***

*In our view, the company could be liquidated at $10/share, but liquidation value doesn't matter if the company is not for sale and continues to be mismanaged. We can no longer recommend buying the shares, but the shares of the company may have option value in regime change for holders of the company at current levels.*

**Valuation Abomination.** $367 million divided by $35 million of 2018 implies a 10.5x multiple and at $40 million of EBITDA, it would be 9.2x. It's higher than the market but not bad. Oh, wait, that assuming EBITDA grows by 125%-158% in 2018 in large part on the back of acquisition that has not yet been made. There are 3 acquisitions targeted which would add $6 million to EBITDA except the capital for these acquisitions is conveniently missing from math. If the company were to pay 24x EBITDA like is being paid for HEC on 2017 EBITDA of $15.5 million, that would imply an additional $124 million. If that were added to the purchase price, the multiple on 2018 assumed EBITDA would be 12-14x. We suspect the admitted smaller acquisitions are being made closer to 5x, so the incremental capital is less material to the multiple. However, it begs the question, if HEC which is a small illiquid company, is paying 5x for acquisitions, why should Aegean pay 24x for HEC. How "independent advisors" could possibly believe this is an appropriate transaction for Aegean shareholders is laughable in our view.

**Welcome back party.** Aegean's founder Dimitris Melissanidis is the primary owner of HEC and will receive 20 million ANW shares. Due to opaque transactions between his private companies and questionable capital allocations, we believe the company should distance themselves from Mr. Melissanidis. In fact, when the company acquired the founder's stake in 2016 the shares were up 63% in two days, which is telling with respect to the market's opinion. The is a vocal group of activists attempting to have a slate of directors appointed to the board of directors. In addition to attempting to improve the company's return on capital, the activists have stated they would like the company to completely disassociate with all Melissanidis related companies. By any measure, the proposed board members are of the highest quality and experience. In our view, the only reason for not accepting these board members and putting forward a separate group including Mr. Melissanidis' son, would be to protect some questionable dealings. That may not be the case, but we have yet to hear any other rational explanation.

**Target Price Methodology/Risks**

**Methodology:** Our target price of $2.50 is based on shares trading at 25% of liquidation value.

**Risks to Target Price:** 1) Continued protectionist efforts which are destroying value, 2) an ability to refinance debt.

**Company Description**

Aegean Marine Petroleum Network is an independent physical supplier and marketer of marine fuel and lubricants to ships in port or at sea. The company operates 30 geographically diverse service centers using a fleet of 62 bunkering tankers/barges. Additionally, the company operates eight storage facilities to meet internal company needs and provide third-party leasing capacity.

STIFEL

# Aegean Marine Petroleum Network Inc.

Company Update
**February 23, 2018**

**ANW – NYSE**
Maritime

**Aegean Marine Petroleum Network Inc. 12/31 FYE**
**Annual Income Statement ($000), except per-share data**

| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|
| Marine product sales - third party | 7,156,973 | 6,259,326 | 6,562,226 | 4,133,016 | 3,976,306 | 5,732,166 | 7,117,584 | 8,001,664 |
| Marine product sales - related pa | 51,147 | 30,600 | 26,699 | 20,058 | 20,336 | 20,955 | 29,335 | 32,973 |
| Voyage revenue | 23,605 | 20,413 | 30,520 | 30,566 | 26,870 | 23,300 | 20,000 | 20,000 |
| Other revenue | 27,235 | 24,390 | 42,570 | 49,777 | 52,707 | 46,911 | 30,000 | 32,000 |
| Total Revenue | 7,258,960 | 6,334,729 | 6,662,015 | 4,233,417 | 4,076,219 | 5,823,332 | 7,196,919 | 8,086,638 |
| Cost of Revenue | 6,956,311 | 6,048,737 | 6,326,852 | 3,901,588 | 3,722,735 | 5,534,555 | 6,889,730 | 7,762,834 |
| Net Revenues | 302,649 | 285,992 | 335,163 | 331,829 | 353,484 | 288,777 | 307,189 | 323,803 |
| Selling & Distibution | 179,139 | 171,433 | 187,618 | 170,470 | 169,133 | 175,869 | 166,015 | 168,505 |
| General & Administrative | 30,194 | 29,727 | 38,099 | 43,318 | 46,527 | 47,019 | 47,250 | 48,195 |
| Other expenses | 0 | 37 | 0 | 18 | 0 | 101 | 0 | 0 |
| EBITDA | 93,316 | 84,795 | 109,446 | 118,023 | 137,824 | 65,788 | 93,924 | 107,104 |
| Depreciation & amortization | 32,305 | 31,767 | 34,604 | 36,029 | 34,203 | 31,671 | 32,096 | 32,096 |
| EBIT | 61,011 | 53,028 | 74,842 | 81,994 | 103,621 | 34,117 | 61,828 | 75,008 |
| Interest Expense | (32,260) | (27,998) | (33,791) | (37,556) | (36,248) | (52,185) | (48,970) | (43,897) |
| Interest Income | 0 | 0 | 10 | 0 | 0 | 131 | 357 | 25 |
| Other income/(expense) | 1,414 | 757 | (3,033) | (167) | (2,102) | 424 | 5,000 | 0 |
| EBT | 30,165 | 25,787 | 38,028 | 44,271 | 65,271 | (17,513) | 18,215 | 31,135 |
| Income Tax | (4,122) | 978 | (464) | (1,096) | (4,358) | 3,128 | (3,643) | (6,227) |
| Net Income | 26,043 | 26,765 | 37,564 | 43,175 | 60,913 | (14,385) | 14,572 | 24,908 |
| Diluted Shares | 45,473 | 45,677 | 46,271 | 47,269 | 46,477 | 38,676 | 38,548 | 38,934 |
| EPS | $0.57 | $0.59 | $0.81 | $0.91 | $1.31 | ($0.37) | $0.38 | $0.64 |

**Aegean Marine Petroleum Network Inc. 12/31 FYE**
**Quarterly Income Statement ($000), except per-share data**

| | 3Q16A | 4Q16A | 1Q17A | 2Q17A | 3Q17A | 4Q17E | 1Q18E | 2Q18E | 3Q18E | 4Q18E |
|---|---|---|---|---|---|---|---|---|---|---|
| Marine product sales - third party | 1,112,197 | 1,171,121 | 1,499,425 | 1,416,641 | 1,320,046 | 1,496,054 | 1,538,401 | 1,663,268 | 1,902,016 | 2,013,899 |
| Marine product sales - related pa | 6,244 | 4,457 | 5,233 | 4,418 | 5,068 | 6,236 | 6,324 | 6,851 | 7,849 | 8,311 |
| Voyage revenue | 7,448 | 6,801 | 6,100 | 6,100 | 6,100 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Other revenue | 13,667 | 13,796 | 13,500 | 13,500 | 12,911 | 7,000 | 6,000 | 7,000 | 8,000 | 9,000 |
| Total Revenue | 1,139,556 | 1,196,175 | 1,524,258 | 1,440,659 | 1,344,125 | 1,514,290 | 1,555,725 | 1,682,119 | 1,922,865 | 2,036,210 |
| Cost of Revenue | 1,051,116 | 1,105,378 | 1,443,925 | 1,358,413 | 1,276,240 | 1,455,977 | 1,483,023 | 1,605,987 | 1,845,111 | 1,955,609 |
| Net Revenues | 88,440 | 90,797 | 80,333 | 82,246 | 67,885 | 58,313 | 72,703 | 76,132 | 77,754 | 80,601 |
| Selling & Distibution | 39,986 | 45,550 | 47,103 | 45,384 | 41,878 | 41,504 | 41,504 | 41,504 | 41,504 | 41,504 |
| General & Administrative | 10,301 | 12,907 | 11,415 | 12,854 | 11,250 | 11,500 | 11,750 | 11,750 | 11,750 | 12,000 |
| Other expenses | 0 | 0 | 0 | 101 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBITDA | 38,153 | 32,340 | 21,815 | 23,907 | 14,757 | 5,309 | 19,449 | 22,878 | 24,500 | 27,097 |
| Depreciation & amortization | 8,523 | 7,965 | 7,949 | 7,674 | 8,024 | 8,024 | 8,024 | 8,024 | 8,024 | 8,024 |
| EBIT | 29,630 | 24,375 | 13,866 | 16,233 | 6,733 | (2,715) | 11,425 | 14,854 | 16,476 | 19,073 |
| Interest Expense | (8,319) | (6,091) | (12,073) | (14,716) | (12,802) | (12,594) | (12,628) | (12,480) | (12,333) | (11,529) |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 131 | 89 | 94 | 88 | 85 |
| Other income/(expense) | (199) | 288 | (422) | 299 | 547 | 0 | 5,000 | 0 | 0 | 0 |
| Other income/(expense) | 21,112 | 18,572 | 1,371 | 1,816 | (5,522) | (15,178) | 3,886 | 2,468 | 4,232 | 7,629 |
| Income Tax | (3,456) | (2,547) | (17) | (93) | 1,720 | 1,518 | (777) | (494) | (846) | (1,526) |
| Net Income | 17,656 | 16,025 | 1,354 | 1,723 | (3,802) | (13,660) | 3,109 | 1,974 | 3,385 | 6,103 |
| Diluted Shares | 49,200 | 39,044 | 39,044 | 39,052 | 38,301 | 38,308 | 38,404 | 38,500 | 38,596 | 38,693 |
| EPS | $0.36 | $0.41 | $0.03 | $0.04 | -$0.10 | -$0.36 | $0.08 | $0.05 | $0.09 | $0.16 |

*Source: Company filing and Stifel Estimates*



**Important Disclosures and Certifications**

**I, Benjamin J. Nolan, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Benjamin J. Nolan, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportantDisclosures.**

**Aegean Marine Petroleum Network Inc. (ANW) as of February 22, 2018 (in USD)**

*Represents the value(s) that changed.
Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

Powered by: BlueMatrix

**For a price chart with our ratings and target price changes for ANW go to http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=ANW**

The rating and target price history for Aegean Marine Petroleum Network Inc. and its securities prior to February 25, 2015, on the above price chart reflects the research analyst's views under a different rating system than currently utilized at Stifel. For a description of the investment rating system previously utilized go to.www.stifel.com.

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Aegean Marine Petroleum Network Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Aegean Marine Petroleum Network Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

Our investment rating system is three tiered, defined as follows:

**BUY** -We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**HOLD** -We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**SELL** -We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **SUSPENDED** (SU) to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. **SUSPENDED** indicates the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **SUSPENDED** may also be used when an analyst has left the firm.

Of the securities we rate, 49% are rated Buy, 38% are rated Hold, 2% are rated Sell and 11% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 21%, 7%, 0% and 12% of the companies whose shares are rated Buy, Hold, Sell and Suspended, respectively.

**Additional Disclosures**

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within Stifel's coverage universe. For a discussion of risks to target price please see our stand-alone company reports and notes for all stocks.



The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are subject to change without notice and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Past performance should not and cannot be viewed as an indicator of future performance.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

"Stifel", includes Stifel Nicolaus & Company ("SNC"), a US broker-dealer registered with the United States Securities and Exchange Commission and the Financial Industry National Regulatory Authority and Stifel Nicolaus Europe Limited ("SNEL"), which is authorized and regulated by the Financial Conduct Authority ("FCA"), (FRN 190412) and is a member of the London Stock Exchange.

**Registration of non-US Analysts:** Any non-US research analyst employed by SNEL contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by SNEL is distributed by SNEL to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by SNEL directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. SNEL is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**Canadian Distribution:** Research produced by SNEL is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities law.

**UK and European Economic Area (EEA):** This report is distributed in the EEA by SNEL, which is authorized and regulated in the United Kingdom by the FCA. In these instances, SNEL accepts responsibility for the content. Research produced by SNEL is not intended for use by and should not be made available to non-professional clients.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The recommendation contained in this report was produced at 23 February 2018 07:55EST and disseminated at 23 February 2018 07:55EST.

**Additional Information Is Available Upon Request**



Case 1:18-cv-02085-LAP Document 1-1 Filed 03/08/18 Page 7 of 7

© 2018 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel. Stifel, Nicolaus & Company, Incorporated, One South Street, Baltimore, MD 21202.

