UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
: 
RBM HOLDINGS LLC, :
:
       Plaintiff, :
:
  - against - :    No. 18 Civ. 2085 (LAP)
:
AEGEAN MARINE PETROLEUM :
NETWORK INC., GEORGE KONOMOS, :
YANNIS PAPANICOLAOU, SPYRIDON :
FOKAS, and KONSTANTINOS :    **CORPORATE DISCLOSURE**
KOUTSOMITOPOULOS, :    **STATEMENT**
:
       Defendants. :
:
:
--------------------------------------------------------X

      Pursuant to Local Rule 7.1, Defendant AEGEAN MARINE PETROLEUM NETWORK INC. ("AEGEAN") is a publicly traded corporation with no parent corporation. No publicly held company has an ownership of 10% or more in AEGEAN.

                                  Respectfully submitted,

                                  */s/ Arthur H. Aufses III* _____
                                  Arthur H. Aufses III
                                  Jonathan M. Wagner
                                  Jason M. Moff
                                  KRAMER LEVIN NAFTALIS &
                                    FRANKEL LLP
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Tel: (212) 715-9100
                                  Fax: (212) 715-8000
                                  aaufses@kramerlevin.com
                                  jwagner@kramerlevin.com
                                  jmoff@kramerlevin.com

                                  *Attorneys for Defendant Aegean Marine Petroleum Network Inc.*

KL3 3161015.1