

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
RBM HOLDINGS LLC                           :
                                           :
                        Plaintiff,         :          18 Civ. 2085 (LAP)
                                           :
         - against -                       :
                                           :
AEGEAN MARINE PETROLEUM                    :          <u>STIPULATION AND ORDER</u>
NETWORK, INC., GEORGE KONOMOS,             :
YANNIS PAPANICOLAOU, SPYRIDON              :
FOKAS, and KONSTANTINOS                    :
KOUTSOMITOPOULOS,                          :
                                           :
                        Defendants.        :
------------------------------------------------- x

    **WHEREAS,** on March 8, 2018, plaintiff RBM Holdings LLC ("RBM") commenced this

action by filing its complaint against defendants Aegean Marine Petroleum Network, Inc.

("Aegean"), George Konomos, Yannis Papanicolaou, Spyridon Fokas, and Konstantinos

Koutsomitopoulos;

    **WHEREAS,** after oral argument, the Court entered a temporary restraining order, dated

March 13, 2018 (the "TRO") with respect to Aegean's proposed acquisition of H.E.C. Europe

Ltd.;

    **WHEREAS,** on March 19, 2018, the Court stayed the proceedings in this action pending

the parties' attempts to arrive at a mutually agreeable resolution; and

    **WHEREAS,** as of April 26, 2018, RBM and Aegean entered into a Settlement

Agreement in which the parties agreed, among other things, that this action shall be dismissed

with prejudice and that the TRO shall be dissolved.

KL3 3168283.2

IT IS, THEREFORE, STIPULATED AND AGREED, BY AND AMONG THE UNDERSIGNED COUNSEL FOR PARTIES TO THIS ACTION, AS FOLLOWS:

1.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice in its entirety, without costs or attorneys' fees to any party; and

2.  The TRO is hereby dissolved in its entirety; and

3.  This stipulation may be executed in counterparts, by facsimile, or by e-mail attachments in PDF format, which facsimiles or PDF copies shall be deemed originals, for filing the same with the Court.

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Douglas A. Rappaport
Robert J. Boller
Rachel J. Presa

One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
darappaport@akingump.com
rboller@akingump.com
rpresa@akingump.com

*Attorneys for Plaintiff RBM Holdings LLC*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Arthur H. Aufses III
Jonathan M. Wagner
Jason M. Moff

1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
aaufses@kramerlevin.com
jwagner@kramerlevin.com
jmoff@kramerlevin.com

*Attorneys for Defendant Aegean Marine Petroleum Network Inc.*

2

ARNOLD & PORTER KAYE
SCHOLER LLP

By: _____
    Aaron Rubinstein
    Aaron F. Miner
    Zheng (Jane) He

250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
aaron.rubinstein@arnoldpoerter.com
aaron.miner@arnoldporter.com
jane.he@arnoldporter.com

*Attorneys for Defendant George Konomos*

SO ORDERED:

_____
Hon. Loretta A. Preska
United States District Judge

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

May 21, 2018

3